[No. 27378-1-II.   Division Two.   April 12, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. SHANNON M. ISBELL, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 01-8-00081-6, Richard C. Adamson, J. Pro Tem., entered May 1, 2001. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Bridgewater and Quinn-Brintnall, JJ.

[No. 47372-7-I.   Division One.   April 15, 2002.]

*In the Matter of the Personal Restraint of* BRIAN RIDLEY, *Petitioner*.

Petition for relief from personal restraint. *Affirmed in part* and *reversed in part* by unpublished per curiam opinion.

[No. 47529-1-I.   Division One.   April 15, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. FREDDIE HAMPTON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-50929-0, Anthony P. Wartnik, J., entered October 2, 2001. *Affirmed* by unpublished per curiam opinion.

[Nos. 47745-5-I; 47746-3-I.   Division One.   April 15, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. BARRY ALMAN WILLIAMS, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 99-1-07187-1, Anthony P. Wartnik, J., entered October 9, 2000. *Affirmed* by unpublished per curiam opinion.